

## NUMBER 13-12-00470-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

JAHIRIEIKONEN ISRAEL-LOWE,                                      Appellant,

v.

THE STATE OF TEXAS,                                             Appellee.

### On Appeal from the 404th District Court
### of Cameron County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Memorandum Opinion Per Curiam

Appellant, Jahirieikonen Israel-Lowe, attempts to appeal a conviction for possession of marijuana. On October 21, 2013, the Court abated this appeal because the record failed to include a certification of appellant's right to appeal. A supplemental clerk's record was filed on November 18, 2013. Accordingly, this appeal is REINSTATED.

The supplemental clerk's record contains a "Superseding, Unopposed Motion Regarding a Certification" signed by both appellant's counsel and appellee's counsel, indicating that appellant does not have the right of appeal. The supplemental record also contains a trial court certification that "this is a plea-bargain case, and the Defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

The Court, having examined and fully considered the record before the Court, concludes that appellant has not established: (1) that the certification currently on file with this Court is incorrect, or (2) that appellant otherwise has a right to appeal. The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *See* TEX. R. APP. P. 25.2(d), 37.1, 44.3, 44.4. Accordingly, this appeal is DISMISSED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
12th day of December, 2013.